**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 6, 2023

**SO ORDERED**

**Via ECF**
The Honorable George B. Daniels
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

APR 1 0 2023

The status conference is adjourned to June 13, 2023 at 9:45 a.m.

*George B. Daniel*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

**Re:** *United States v. Orlando Herrera-Perez*, 16 Cr. 388 (GBD)

Dear Judge Daniels:

The parties respectfully write to request a 60-day adjournment of the status conference currently scheduled for April 12, 2023 at 10:30 a.m. The parties are currently engaged in discussions concerning a possible pretrial disposition, and do not anticipate a resolution before the conference scheduled for April 12, 2023. The parties therefore request a 60-day adjournment of the conference to permit them to reach a resolution.

The Government also requests that the Court exclude time between April 12, 2023 and the next-scheduled conference, which will serve the ends of justice and outweigh the best interest of the public and defendant in a speedy trial because the exclusion of time will afford the parties time to continue discussions regarding a pre-trial disposition, making a trial in this matter unnecessary. Defense counsel also consents to this request.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Edward C. Robinson Jr.
Edward C. Robinson Jr.
Assistant United States Attorney
(212) 637- 2273

Cc: Oliver Storch, Esq. (via ECF)